**Order entered August 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00182-CR
No. 05-14-00183-CR

**TRAVIS LEE ANDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-50734-J, F12-53080-J**

## ORDER

The Court **REINSTATES** the appeals.

On July 18, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed in these appeals. On July 31, 2014, appellant tendered a brief and extension motion in cause no. 05-14-00183-CR. On August 5, 2014, appellant tendered a brief and extension motion in cause no. 05-14-00182-CR. Therefore, in the interest of expediting the appeals, we **VACATE** the July 18, 2014 order requiring findings.

We **GRANT** the July 31, 2014 and August 5, 2014 extension motions and **ORDER** appellant's briefs filed as of the date of this order.

/s/  LANA MYERS
    JUSTICE